# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| LAUREN R. VANVICKLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:21-CV-02521 |
| | ) |
| THE HILLSHIRE BRANDS COMPANY, | ) |
| D.B.A. TYSON FOODS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VIDEOTAPED DEPOSITION OF PLAINTIFF LAUREN R. VANVICKLE

PLEASE TAKE NOTICE that Defendant The Hillshire Brands Company ("Hillshire" or "Defendant")[1], pursuant to Federal Rule of Civil Procedure 30, will take the videotaped deposition of Plaintiff Lauren R. VanVickle on **August 31, 2022**, at **9:00 a.m.**, at the law offices of Bryan Cave Leighton Paisner LLP, 1200 Main Street, Suite 3800, Kansas City, Missouri 64105.  The deposition will be transcribed by a stenographer, who is authorized to administer oaths and take testimony, and it will also be videotaped.  The deposition may be used for all purposes contemplated by the Federal Rules, including for use as evidence at trial.

Dated:  July 20, 2022

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/  *Jennifer L. Berhorst*
    Jennifer L. Berhorst (KS #24461)
    Sarah R. Holdmeyer (KS #27584)
    1200 Main Street, Suite 3800
    Kansas City, MO 64105
    Telephone: (816) 374-3200
    Facsimile: (816) 374-3300
    jennifer.berhorst@bclplaw.com
    sarah.holdmeyer@bclplaw.com

ATTORNEYS FOR DEFENDANT

---

[1] Tyson Foods, Inc. is not a d/b/a of The Hillshire Brands Company.  The Hillshire Brands Company is a wholly-owned subsidiary of Tyson Foods, Inc.  Hillshire was plaintiff's employer of record and the only proper defendant in this case.

2

**CERTIFICATE OF SERVICE**

  This certifies that on July 20, 2022, was filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Heather J. Hardinger
THE MEYERS LAW FIRM, LC
503 One Main Plaza
4435 Main Street
Kansas City, Missouri 64111
hhardinger@meyerslaw.com

Attorneys for Plaintiff

               */s/ Jennifer L. Berhorst*
               Attorney for Defendant